IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Charone Smith | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | No. 09 C 7791 |
| | ) | |
| Thomas J. Dart, Sheriff of Cook | ) | *(Judge Conlon)* |
| County, and Cook County, Illinois | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF MOTION**

TO: Patrick S. Smith, ASA
500 Daley Center
Chicago, IL 60602

YOU ARE HEREBY NOTIFIED that an attorney for plaintiff will appear before the Honorable Suzanne B. Conlon on at 9:00 a.m. on Wednesday, April 21, 2010 and request entry of the order specified in plaintiff's motion to bar any use of "external operations daily detainee hospitalization checklist."

/s/ <u>Thomas G. Morrissey</u>
Thomas G. Morrissey, Ltd.
ARDC 3125372
10249 South Western Avenue
Chicago, Illinois 60643
(773) 233-7900

*an attorney for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick S. Smith, ASA, 500 Daley Center, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)